UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSPORTATION INSURANCE COMPANY, AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, and CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>PCI INDUSTRIES CORPORATION and RICHARD PERSICO, individually.<br><br>Defendants. | Civil Action No. 7:21-cv-04962-KMK-PED |

## STIPULATED FINAL JUDGMENT

**THIS MATTER** having been brought before the Court upon Transportation Insurance Company, American Casualty Company of Reading, Pennsylvania, and Continental Insurance Company (collectively "CNA"), and PCI Industries Corporation and Richard Persico (collectively "Defendants") by Joint Stipulation for Entry of Stipulated Final Judgment, and the parties having stipulated to the entry of this final judgment, and final judgment therefore can be entered, and good cause having been shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that CNA be awarded judgment against PCI Industries Corporation in the amount of $692,781.53 (six hundred ninety two thousand seven hundred eighty one dollars and fifty three cents), $601,958.51 (six hundred and one thousand nine hundred fifty eight dollars and fifty one cents) plus interest on such amount at the rate of five and one-half percent (5.5%) per annum to January 18, 2024 until all amounts owed are paid, and reasonable attorney's fees and litigation costs incurred by CNA related to this

Action, including amounts incurred to collect all amounts due until the judgment is satisfied in full.

**SO ORDERED**, this ___19th___ day of ___January___, 2024.

Hon. Kenneth M. Karas, U.S.D.J.
United States District Judge